UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:9:15-CV-81706-WJZ

THOMAS A. VARGAS,

    Plaintiff,

vs.

SYNCHRONY BANK AND
SYNCHRONY FINANCIAL,

    Defendants.
_____/

### JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Thomas A. Vargas, an individual, and Defendants, Synchrony Bank and Synchrony Financial, by and through their undersigned attorneys, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby file this their joint notice of dismissal with prejudice, with each side to bear its own attorneys' fees and costs.

| | |
|---|---|
| /s/ Robert W. Murphy | /s/ Jessica B. Reyes |
| Robert W. Murphy, Esquire | Jessica B. Reyes, Esquire |
| Florida Bar No. 717223 | Florida Bar No. 56894 |
| 1212 S.E. 2nd Avenue | Laudy Luna Perez, Esquire |
| Ft. Lauderdale, FL 33316 | Florida Bar No. 044544 |
| (954) 763-8660 | Liebler Gonzalez & Portuondo |
| (954) 763-8607 (FAX) | Courthouse Tower - 25th Floor |
| Email:rwmurphy@lawfirmmurphy.com | 44 West Flagler Street |
| Attorney for Plaintiff | Miami, FL 33130 |
| | (305) 379-0400 |
| | (305) 379-9626 |
| | Email:jbr@lgplaw.com and |
| | llp@lgplaw.com |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served on April 26, 2016 on Jessica B. Reyes, Esquire and Laudy Luna Perez, Esquire, Liebler, Gonzalez & Portuondo, P.A., Courthouse Tower, 44 W. Flagler Street, 25th Floor, Miami, Florida 33130, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

                                                              /s/ Robert W. Murphy  
                                                              Attorney